UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA JESUS BALASQUEZ, et al., <br><br>　　　　　　　Plaintiffs, <br>　v. <br>CITY OF MORGAN HILL, et al., <br><br>　　　　　　　Defendants. | Case No.: 10-CV-05206-LHK <br><br> ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE |

On March 17, 2011, the Court granted the parties' request to continue the hearing date for Defendant's motion to dismiss to May 5, 2011, and continued the briefing schedule by one week. The parties have now filed a stipulation requesting that the briefing schedule be further continued. In light of this request and the Court's schedule, the Court will further continue both the briefing schedule and motion hearing, as follows:

(1) Plaintiff's opposition brief is due no later than April 21, 2011;

(2) Defendant's reply brief is due no later than April 28, 2011;

(3) The Court will hold a hearing, if necessary, on **June 2, 2011 at 1:30 p.m.**  If the motion can be resolved without oral argument, the Court will notify the parties and vacate the hearing.

**IT IS SO ORDERED.**

Dated: March 21, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

1