Ronald Z. Berki, Esq. SBN: 85355
Law offices of Ronald Z. Berki
75 E. Santa Clara Street, Suite 1400
San Jose, CA 95113
Office: (408) 971-1160
Fax: (408) 971-1312

Attorney for Plaintiffs Maria Jesus Balasquez,
Rudy Martinez, and Rudy Balasquez Martinez, Jr.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Jesus Balasquez, Rudy Martinez, and Rudy Balasquez Martinez, Jr.<br><br>Plaintiff,<br><br>vs.<br><br>City of Morgan Hill in its official and Municipal Capacity, City of Morgan Hill Police Department in its corporate capacity, Chief of Police Bruce Cumming in his official and individual capacity, Officers Brookman in his official and individual capacity, Max Cervantez, in his official and individual capacity, Joseph Burdick in his official and individual capacity, Jerry Neumayer in his official and individual capacity, Jeffrey Brandon in his official and individual capacity, Det. Brandon Richards, in his official and individual capacity and Does 1-25 inclusive.<br><br>Defendants | Case No.: CV 10 05206 LHK<br><br>**STIPULATION TO PERMIT PLAINTIFF'S TO FILE FIRST AMENDED COMPLAINT** |

1    THE PARTIES HEREBY STIPULATE TO THE FOLLOWING: Pursuant to Federal Rule of Civil Procedure 15(a)(2) Plaintiff and Defendant by and through their respective attorneys here by stipulate that Plaintiff may file a First Amended Complaint a copy of which is attached hereto as Exhibit A in the above mentioned matter.

Dated: 4/18/2011

*Ronald Z. Berki*
Ronald Z. Berki, Esq.
Attorney for Plaintiffs
Maria Jesus Balasquez, Rudy Martinez, and Rudy Balasquez Martinez, Jr

Dated: 4/18/2011

/S/ *Danielle K. Lewis*
Danielle K. Lewis, Esq.
Selman Breitman, LLP
Attorney for Defendants
City of Morgan Hill, City of Morgan Hill Police Department, Chief of Police Bruce Cumming, Officers Brookman, Max Cervantez, Joseph Burdick, Jerry Neumayer, Jeffrey Brandon, Det. Brandon Richards

**IT IS SO ORDERED:**

The parties' stipulation allowing Plaintiff to file an amended complaint moots Defendant's motion to dismiss the original Complaint. Accordingly, the hearing set for June 2, 2011 is VACATED.

Date: April 22, 2011

*Lucy H. Koh*
U.S. District Court Judge

STIPULATION TO PERMIT PLAINTIFF'S TO FILE FIRST AMENDED COMPLAINT

- 2 -