1  GREGG A. THORNTON (SBN 146282)
   DANIELLE K. LEWIS (SBN 218274)
2  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
3  San Francisco, CA  94105
   Telephone: (415) 979-0400
4  Facsimile: (415) 979-2099

5  Attorneys for Defendants
   City of Morgan Hill; City of
6  Morgan Hill Police Department;
   Chief of Police Bruce Cumming;
7  Officer Brookman; Officer Max
   Cervantez; Officer Joseph
8  Burdick; Officer Jerry Neumayer;
   Officer Jeffrey Brandon; Det.
9  Brandon Richards

10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  Maria Jesus Balasquez, Rudy Martinez and Rudy Balasquez <br> 14  Martinez, Jr., <br><br> 15        Plaintiffs, <br><br> 16    v. <br><br> 17  City of Morgan Hill in its official and Municipal Capacity, <br> 18  City of Morgan Hill Police Department in its corporate <br> 19  capacity, Chief of Police Bruce Cumming in his official and <br> 20  individual capacity, Officers Brookman in his official and <br> 21  individual capacity, Max Cervantez in his official and <br> 22  individual capacity, Joseph Burdick in his official and <br> 23  individual capacity, Jerry Neumeyer in his official and <br> 24  individual capacity, Jeffrey Brandon in his official and <br> 25  individual capacity, Det. Brandon Richards, in his <br> 26  official and individual capacity and Does 1-25, inclusive, <br><br> 27        Defendants. <br> 28 | CASE NO.: 10-CV-05206-LHK <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Selman Breitman LLP
ATTORNEYS AT LAW

235417.1  555.30271

1
**STIPULATION FOR DISMISSAL & ORDER OF DISMISSAL**
**10-CV-05206-LHK**

1    IT IS HEREBY STIPULATED by and between all of the parties to
2 this action, through their respective designated attorneys of
3 record, that the above-captioned action has been fully and
4 finally resolved by way of a compromise settlement and release of
5 all claims, with prejudice.
6    IT IS FURTHER HEREBY STIPULATED by and between all of the
7 parties to this action, through their respective designated
8 attorneys of record, that the above-caption action be and hereby
9 is dismissed with prejudice, pursuant to Federal Rules of Civil
10 Procedure 41(a)(1)(A)(ii) and 41(a)(2).

12 DATED: November 11, 2011    LAW OFFICES OF RONALD Z. BERKI

By:     */s/ Ronald Z. Berki*
RONALD Z. BERKI
Attorneys for Plaintiffs
Maria Jesus Balasquez, Rudy
Martinez and Rudy Balasquez
Martinez, Jr.

DATED: November 11, 2011    SELMAN BREITMAN LLP

By:     */s/ Gregg A. Thornton*
GREGG A. THORNTON
DANIELLE K. LEWIS
Attorneys for Defendants
City of Morgan Hill (erroneously
sued herein as City of Morgan Hill
Police Department); Chief Of Police
Bruce Cumming; Officer Brookman;
Officer Max Cervantez; Officer
Joseph Burdick; Officer Jerry
Neumayer; Jeffrey Brandon; and Det.
Brandon Richards

## ORDER

The parties having stipulated and agreed that this action has been fully and finally resolved by way of a compromise settlement and release of all claims, with prejudice;

The parties having further stipulated and agreed that the above-caption action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2);

The Court finding good cause appearing therefor;

**IT IS HEREBY ORDERED** that the above-caption action be and hereby is dismissed with prejudice.

Dated: November 14, 2011    By: _Lucy H. Koh_____
Honorable Lucy H. Koh
United States District Judge