GREGG A. THORNTON (SBN 146282)
DANIELLE K. LEWIS (SBN 218274)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendants
City of Morgan Hill; City of
Morgan Hill Police Department;
Chief of Police Bruce Cumming;
Officer Brookman; Officer Max
Cervantez; Officer Joseph
Burdick; Officer Jerry Neumayer;
Officer Jeffrey Brandon; Det.
Brandon Richards

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Jesus Balasquez, Rudy Martinez and Rudy Balasquez Martinez, Jr.,<br><br>              Plaintiffs,<br><br>     v.<br><br>City of Morgan Hill in its official and Municipal Capacity, City of Morgan Hill Police Department in its corporate capacity, Chief of Police Bruce Cumming in his official and individual capacity, Officers Brookman in his official and individual capacity, Max Cervantez in his official and individual capacity, Joseph Burdick in his official and individual capacity, Jerry Neumeyer in his official and individual capacity, Jeffrey Brandon in his official and individual capacity, Det. Brandon Richards, in his official and individual capacity and Does 1-25, inclusive,<br><br>              Defendants. | CASE NO.: 10-CV-05206-LHK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1   IT IS HEREBY STIPULATED by and between all of the parties to
2  this action, through their respective designated attorneys of
3  record, that the above-captioned action has been fully and
4  finally resolved by way of a compromise settlement and release of
5  all claims, with prejudice.

6   IT IS FURTHER HEREBY STIPULATED by and between all of the
7  parties to this action, through their respective designated
8  attorneys of record, that the above-caption action be and hereby
9  is dismissed with prejudice, pursuant to Federal Rules of Civil
10 Procedure 41(a)(1)(A)(ii) and 41(a)(2).

12 DATED: November 11, 2011   LAW OFFICES OF RONALD Z. BERKI

14                            By:      /s/ Ronald Z. Berki
                                    RONALD Z. BERKI
                                    Attorneys for Plaintiffs
                                    Maria Jesus Balasquez, Rudy
                                    Martinez and Rudy Balasquez
                                    Martinez, Jr.

17 DATED: November 11, 2011   SELMAN BREITMAN LLP

19                            By:      /s/ Gregg A. Thornton
                                    GREGG A. THORNTON
                                    DANIELLE K. LEWIS
                                    Attorneys for Defendants
                                    City of Morgan Hill (erroneously
                                    sued herein as City of Morgan Hill
                                    Police Department); Chief Of Police
                                    Bruce Cumming; Officer Brookman;
                                    Officer Max Cervantez; Officer
                                    Joseph Burdick; Officer Jerry
                                    Neumayer; Jeffrey Brandon; and Det.
                                    Brandon Richards

Selman Breitman LLP
ATTORNEYS AT LAW

**ORDER**

The parties having stipulated and agreed that this action has been fully and finally resolved by way of a compromise settlement and release of all claims, with prejudice;

The parties having further stipulated and agreed that the above-caption action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2);

The Court finding good cause appearing therefor;

**IT IS HEREBY ORDERED** that the above-caption action be and hereby is dismissed with prejudice.

Dated: November 14, 2011     By: *Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge